LEANDER W. KAUFMAN, as Executor, etc., Appellant, v.
FRANCIS A. SCHOEFEL, as Sheriff, etc., Respondent.

(Submitted March 15, 1889; decided March 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made December 30, 1887, which affirmed a judgment in favor of defendant, entered upon a verdict and an order denying a motion for a new trial.

*George D. Forsyth* for appellant.

*Henry G. Danforth* for respondent.

Agree to affirm; no opinion.
All concur, except DANFORTH, J., taking no part.
Judgment affirmed.